[No. 13760-7-II.   Division Two.   January 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MIKE ENTEZARI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-00534-4, Robert L. Harris, J., entered March 28, 1990. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 27087-7-I.   Division One.   January 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEX BEN TURNER, *Defendant*, JAMES GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03689-4, LeRoy McCullough, J., entered October 17, 1990. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Coleman, JJ.

[No. 29197-1-I.   Division One.   January 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY YELTON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00435-1, David A. Nichols, J., entered May 12, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 29961-1-I.   Division One.   January 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY AINSWORTH CORNFOOT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02970-5, James A. Noe, J., entered January 14, 1992. *Dismissed* by unpublished per curiam opinion.